UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD DOTSON, )
)
Petitioner, )
)
v. ) Civil Action No. 05-1747 (EGS)
)
U.S. PAROLE COMMISSION, )
)
Respondent. )

### DECLARATION OF CHERYL WARNER

I, CHERYL WARNER, do declare under penalty of perjury that the following information is true and accurate to the best of my knowledge:

1. I am an adult over the age of 18 years.

2. I am currently employed with the District of Columbia Department of Corrections ("DOC") as the Acting Correctional Program Administrator for the records office at the District of Columbia Central Detention Facility ("CDF").

3. In my position as the Acting Correctional Program Administrator I have supervisory oversight of the operations of the records office at the CDF.

4. I have reviewed the Jail and Community Corrections System ("JACCS") to determine whether Edward Dotson, DOB 02/23/60, is currently in the custody of the District of Columbia Department of Corrections. JACCS is a database maintained by DOC containing pertinent information regarding inmates, including but not limited to where the inmate is housed, his or her charge, and sentence.

5. According to JACCS, Mr. Dotson was committed to CDF for Distribution of Cocaine on March 28, 2005.

6. On August 22, 2005, Mr. Dotson's custody was released to the Federal Bureau of Prisons.

Dated: 11/16/2005

Cheryl Warner