UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD DOTSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. PAROLE COMMISSION, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-1747 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
RESPONDENT DENNIS HARRISON'S RESPONSE TO
THE COURT'S ORDER TO SHOW CAUSE**

Respondent Dennis Harrison, acting warden, D.C. Jail, by and through counsel, hereby responds to the Court's Order to Show Cause, and states as follows.

## I. PRELIMINARY STATEMENT

On August 31, 2005, petitioner filed a writ of habeas corpus against the United States Parole Commission alleging that the D.C. Board of Parole violated his constitutional rights because he has served his term of imprisonment, and is owed credit for time served. *See* Petition, generally. For the following reasons, the Court's Order to Show Cause should be dismissed as to respondent Dennis Harrison.

## II. ARGUMENT

Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, 111 Stat. 251, 734, the United States Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the United States, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003). The petitioner

1

was committed to the District of Columbia Central Detention Facility on March 28, 2005, for Distribution of Cocaine. On August 22, 2005, the petitioner's custody was transferred to the Federal Bureau of Prisons. *See* Cheryl Warner's Declaration, hereto attached as Exh. A. The petitioner is currently serving his sentence at the Allenwood Medium Federal Correctional Institution in White Deer, Pennsylvania.

Neither the District of Columbia nor any of its agencies, including the Department of Corrections, have custody or control over petitioner's person or authority to recalculate his sentence. As such, respondent Dennis Harrison is not the proper party to respond to the merits of petitioner's habeas corpus petition or to release the petitioner even if he prevails in this habeas corpus action. Accordingly, the Court's Order to Show Cause against this respondent should be dismissed.

## CONCLUSION

Respondent Dennis Harrison, acting warden at the D.C. Jail, does not have custody or control over petitioner's person or authority to re-calculate his sentence. Accordingly, this Court's Order to Show Cause should be dismissed with prejudice as to this respondent.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent Dennis Harrison's Memorandum of Points and Authorities in Support thereto, and proposed Order was mailed, first class, postage prepaid, this 17th day of November 2005, to:

Mr. Edward Dotson
# 06475-016
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887

Robert Okun
Chief, Special Proceedings Section
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

/s/
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD DOTSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>U.S. PAROLE COMMISSION, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-1747 (EGS) |

### **ORDER**

Upon consideration of petitioner's Writ of habeas Corpus, this Court's Order to Show Cause, and respondent District of Columbia's Response to the Court's Order to Show Cause, it is this _____ day of _____, 2005,

ORDERED: that Petitioner's Writ of Habeas Corpus is denied, and it is,

FURTHER ORDERED: that the Court's Order to Show Cause as to respondent District of Columbia is hereby dismissed with prejudice.

_____
U.S. DISTRICT COURT JUDGE


Leticia L. Valdes
Assistant Attorney General
P.O. Box 14600
Washington, D.C.  20044-4600

Mr. Edward Dotson
# 06475-016
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887

2

Robert Okun
Chief, Special Proceedings Section
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001