# EXHIBIT 2

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### JUDGMENT AND COMMITMENT ORDER

UNITED STATES OF AMERICA

vs

Edward Dotson, Jr.

Case Number: F4866-81 C

PDID Number: 335-525

11-19-81
2-18-82

WHEREAS the above-named defendant having entered a plea of ☐ Not Guilty  ☒ Guilty

to the charge(s) of  C) Armed Robbery #7

x 1-22-82

and having been found guilty by  ☐ Jury  ☒ the Court

and a pre-sentence investigation and report having been ☒ prepared and considered  ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

N/L/S Seven (7) Years and N/L/S Twenty One (21) Years to run consecutive to any other sentence

* = 9T appeal = stay

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

6-20-     Date          [signature] Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

Date          [signature] Deputy Clerk

EXHIBIT 2