# EXHIBIT 4

FORM 19 DCDC 7-70

# DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
### FACE SHEET No. 2

Date Prepared: 7-17-82 (Mo., Da., Yr.)

| DC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 2252 | WATSON, EDWARD | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
|  | 165 | MED. | BROWN | BLACK |  |  | D.C. |

TOTAL SENTENCE: 3 YEARS & 2 MONTHS TO 24 YEARS + 6 MOS LESS 342 DAYS

| Offense | BRA (FELONY) | ATT ROBBERY | ROBBERY |
|---|---|---|---|
| Case Number | F-6736-81C | F-4266-81C | F-4867-81B |
| Sentence (Yrs., Mos., Days) | 14-42 MONTHS | 7-21 YEARS CONS. | 5-15 YEARS CONC. |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 6-24-82 | 6-24-82 | 6-24-82 |
| Full Term Date (Mo., Da., Yr.) |  |  | 1-15-2006 |
| Short Term / M.R. Date (Mo., Da., Yr.) |  | 12-22-97 / *12-25-97 | 12-22-1997 |
| Parole Eligibility Date (Mo., Da., Yr.) |  | *1-22-89 |  |
| Max. Supervision Date (Mo., Da., Yr.) |  |  | 7-19-2005 |
| Statutory Good Time Rate / Month |  | 233 | 2,940 DAYS |
| Plea | GUILTY | GUILTY | GUILTY |
| Committing Judge | SHUKER | SHUKER | SHUKER |
| Defense Attorney |  |  |  |
| Dialed By: |  |  | JW |

## DETAINERS

| Date Filed | For | Action | Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

CONDUCT CREDITS

## JAIL CREDIT DATES

| From and Including | To and Including |  |  |
|---|---|---|---|
| -19-81 | 6-23-82 | = | 217 DAYS |
| 29-81 | 8-31-81 | = | 125 |
|  | TOTAL = | | 342 DAYS |

REMARKS: * EGT AWARD 3 days 4-27-88
EGT AWARDED 3 days 2-8-89

PINK COPY TO ADP

EXHIBIT 4