# EXHIBIT 7

## DISTRICT OF COLUMBIA BOARD OF PAROLE

CONVERT DETAINER WARRANT #26160-93  
TO AN ARREST WARRANT BASED ON  
BOARD ORDER DATED 12/13/1993

# WARRANT

Number PE-26160-93

WIN/W0209767

TO: Any Officer of the D.C. Department of Corrections  
Any Police Officer or Federal Officer Authorized to Serve Criminal Process

RE: NAME: DOTSON, EDWARD Jr.   DCDC # 198-252  
ALIAS: DOTSON, ANTWAN   PDID # 336-599  
ALSTON, JOSEPH   FBI # 709709V3  
LAST KNOWN ADDRESS: _____   DOB: _____  
_____   RACE: BLK   SEX: M  
PAROLE OFFICER: Darnell Davis   HGT: 5'11" 1/2   WGT: 190  
SENTENCE TYPE: X Adult   __YRA   __FYCA*   __YRA & Adult   __FYCA & Adult  
X Subject is at large   __ Subject is confined in _____

*Executed 02-08-94 per MPD report rec'd 02-18-94*

WHEREAS the above-named person is under sentence in the District of Columbia for the crime(s) of Robbery, BRA, Armed Robbery, Poss. of Cocaine and was on the 17th day of June, 19 93, released on parole from the Rehab Services,

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT. PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this 9th day of November, 19 93.

Member, D.C. Board of Parole

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19____ and the person named MUST NOT be held beyond that time.

EXHIBIT 7