# EXHIBIT 8

Tape 1A at 578

# DISTRICT OF COLUMBIA BOARD OF PAROLE
## PAROLE DETERMINATION RECORD
## REVOCATION HEARING

RE: Dotson, Edward             198-252         336-599
    Subject's Name             DCDC#           PDID#

BIRTHDATE: _____   BOP DOCKET #: H9404-0036

LOCATION: CDF                CONSIDERATION DATE: 4-12-94

OFFENDER STATUS: ☐ Youth Act   ☒ Adult

PAROLE OFFICER: D. Davis                UNIT: _____

☐ Order to Appear--Issued: _____   Served: _____
☒ Convened 12/13/93
☒ Warrant--Issued: 11/09/93  Executed: 2/08/93  Served: 3/31/94

ANALYST: _____            PREPARATION DATE: _____

HEARING OFFICIALS: Copeland

SUPERVISION REPRESENTATIVE: Nelson

ATTORNEY: _____

WITNESSES: _____

OTHERS PRESENT: _____

☐ HEARING NOT HELD, REASON: _____

    ☐ Reschedule By _____     ☐ Do Not Reschedule

OFFENSES ON WHICH CURRENT SENTENCE IS BASED: Armed Robbery, Robbery, BRA, Poss. of cocaine

PENDING CASES: Dist. of Cocaine - F11605-93 on Nov. 5, 1993. - Status Hearing 5/06/94 -

---

### POST HEARING QUALITY ASSURANCE

ANALYST: _____                DATE: _____

EXHIBIT 8

PDS.202  1/21/93                1

RE: Dotson, Edward _____   198-2▪2   336-599
    Subject's Name                    DCDC#      PDID#

|                                    | IF NOT REVOKED | IF REVOKED |
|------------------------------------|----------------|------------|
| FULL TERM DATE:                    | 7-02-2006      | 7/5/06     |
| MANDATORY RELEASE DATE:            | 5-25-98        | 5/28/98    |
| DATE ORIGINAL SENTENCE BEGAN:      | 7-11-90        |            |
| PAROLE RELEASES THIS SENTENCE:     | One            |            |

LAST PAROLE WAS:   ☐ Mandatory   ☒ Discretionary   ☐ Reparole

SPECIAL CONDITIONS: _____

DETAINERS OR CONSECUTIVE SENTENCES: None

FACTS OF NEW CRIMINAL OFFENSES: Observed By Under-cover Police Officers Selling drugs in the 400 Block of P Street, N.W.

HO: _____

ANALYSIS OF CRIMINAL HISTORY, SUBSTANCE ABUSE, MENTAL HEALTH PROBLEMS, AND TREATMENT ATTEMPTS: Mr. Dotson was first arrested in 1971. He has six (6) prior arrests. Mr. Dotson

PDS.202 1/21/93                          2

RE: <u>Dotson, Edward</u>          <u>198-___</u>        <u>336-599</u>
     Subject's Name              DCDC#         PDID#

HO: _____

_____

_____

PERFORMANCE DURING LAST RELEASE ON PAROLE: __N/A__

_____

_____

_____

_____

HO: _____

_____

_____

PERFORMANCE UNDER ANY PREVIOUS COMMUNITY SUPERVISION: _Violated_
_work release in 1990, and 1992._

_____

_____


ANALYST'S REMARKS

_____

_____

_____

_____

_____

_____


                          **SETOFF GUIDELINE RECOMMENDATIONS**
     <u>Noncriminal Violation</u>
         less than 5 yrs remain        within 6 mos.
         5 or more years remain        within 6-9 mos.
     <u>Misdemeanor Charge or Conviction</u>
         less than 5 yrs remain        within 6-9 mos.
         5 or more years remain        within 9-15 mos.
     <u>Felony Charge or Conviction</u>
         less than 5 yrs remain        within 9-15 mos.
         5 or more years remain        within 15-24 mos.


PDS.202 1/21/93                    3

RE: <u>Dotson, Edward</u>            <u>198-</u>         <u>336-599</u>
       Subject's name                  DCDC#                PDID#

## COUNTERVAILING FACTORS

### FAVORING PAROLE

| Anl | HO | |
|---|---|---|
| 01 | 01 | Exceptional program achievement |
| 07 | 07 | Maximum effort to participate in assigned programs, but opportunities for programming were not available |
| 09 | 09 | Change in community resources available leading to better parole prognosis |
| 02 | 02 | Record of exclusively trivial offenses |
| 03 | 03 | Substantial crime-free period since the last offense |
| 04 | 04 | Substantial previous period in custody or substantial time on additional committed sentences |
| 05 | 05 | Substantial cooperation with the government that has not been otherwise rewarded |
| 08 | 08 | Poor medical prognosis |
| 06 | 06 | Other changes in circumstances:_____ |
| 00 | 00 | None applicable |

### FAVORING INCARCERATION

| | | |
|---|---|---|
| 59 | 59 | Needs program and rehabilitative services to minimize risk to the community when actually released on parole |
| 58 | 58 | Opportunity but little effort made toward rehabilitation or preparation for remaining crime-free if returned to the community |
| 50 | 50 | Repeated failure under any form of community supervision (e.g., probation, parole, bail, diversion program) |
| 52 | 52 | Lengthy history of criminally-related alcohol abuse |
| 57 | 57 | Lengthy history of criminally-related substance abuse |
| 53 | 53 | History of repetitive sophisticated, assaultive, or fraudulent criminal behavior |
| 54 | 54 | Unusually extensive or serious prior record |
| 51 | 51 | Instant offense involved ongoing criminal behavior or leadership role in an organized venture |
| 55 | 55 | Instant offense involved unusual cruelty to victims or involved especially vulnerable victims |
| 56 | 56 | Repeated or extremely serious negative institutional behavior |
| 00 | 00 | None applicable |

PDS.202 1/21/93                              4

## SPECIAL INSTRUCTIONS FOR NEXT CONSIDERATION

| Anl | HO  |                                          | Anl | HO  |                                  |
|-----|-----|------------------------------------------|-----|-----|----------------------------------|
| 17  | 17  | Complete Adult Basic Ed.                 | 15  | 15  | Maintain Alcohol Abstinence      |
| 01  | 01  | Complete GED                             | 14  | 14  | Attend Alcoholics Anonymous      |
| 03  | 03  | Complete College Course                  | 04  | 04  | Complete 30-Day DAAPT            |
| 02  | 02  | Complete Vocational Program              | 13  | 13  | Maintain Drug Abstinence         |
| 18  | 18  | Complete ETAP                            | 12  | 12  | Attend Narcotics Anonymous       |
| 06  | 06  | Work Detail                              | 20  | 20  | Intensive Drug Program           |
| 23  | 23  | Work Training                            | 26  | 26  | Substance Abuse Program          |
| 05  | 05  | Program Participation                    |     |     |                                  |
| 07  | 07  | No New Disciplinary Infractions          | 19  | 19  | Psychological Evaluation         |
| 11  | 11  | Notify Board of Disposition of Pending Charges | 09 | 09 | Psychological Counseling |
| 08  | 08  | Pay VVCC of $_____                    | 21  | 21  | Sex Offender Therapy             |
| 22  | 22  | Electronic Monitoring                    | 49  | 49  | No Special Instructions          |
| XX  | XX  | Other: _____          |     |     |                                  |

## SPECIAL CONDITIONS OF PAROLE

| 63 | 63 | Intensive Supervision            | 53 | 53 | Alcohol Abstinence        |
| 67 | 67 | Voc Rehab.--Community Based      | 71 | 71 | Alcoholics Anonymous      |
| 68 | 68 | Voc Rehab.--Residential          | 54 | 54 | Alcohol Trtmt--Outpatient |
| 65 | 65 | Special Needs--Community Prog.   | 55 | 55 | Alcohol Trtmt--Inpatient  |
| 66 | 66 | Special Needs--Residential       | 50 | 50 | Narcotics Surveillance    |
| 59 | 59 | Halfway Back                     | 71 | 71 | Narcotics Anonymous       |
| 60 | 60 | Parole Initiative #1: PPRC       | 51 | 51 | Drug Trtmt--Outpatient    |
| 61 | 61 | Parole Initiative #2:_____    | 52 | 52 | Drug Trtmt--Inpatient     |
| 62 | 62 | Parole Initiative #3:_____    | 58 | 58 | FPO                       |
| 64 | 64 | Pay VVCC $_____               | 56 | 56 | Mental Health--Outpatient |
| 99 | 99 | No Special Conditions            | 57 | 57 | Mental Health--Inpatient  |
| XX | XX | Other:_____           | 69 | 69 | Sex Offender Therapy      |
|    |    |                                  | 72 | 72 | Shoplifters Anonymous     |

PDS.202 1/21/93                               5


## NATURE AND NUMBER OF VIOLATIONS ALLEGED

____  1.  Failure to report to Supervision immediately upon release.

____  2.  Travel without approval from Parole Officer.

____  3.  Visit to illegal establishment, including where alcoholic beverages are illegally sold, dispensed, or used.

_X_   4.  Illegal possession, use, sale, or purchase of any narcotic drug, controlled substance, or related paraphernalia, or visit to place where any such item is illegally sold, dispensed, used, or given away.

____  5.  Ownership, possession, use, sale, or control of any deadly weapon or firearm.

____  6.  Less than diligent efforts to find and maintain legitimate employment; support of self and legal dependents not commensurate with ability.

_X_   7.  Failure to keep Parole Officer informed of place of residence and work, or to notify of loss of employment or change in residence.

____  8.  Agreement to act as informer or agent for any law enforcement agency.

_X_   9.  Failure to obey laws, or to report at the earliest opportunity any arrest or other involvement with law enforcement officials.

_X_  10.  Failure to cooperate with Board and Supervision, to carry out Parole Officer's instructions, or to report as directed, knowing that such failure may cause re-incarceration by the Board.

____ 11.  Failure to abide by special conditions:_____

_4_  **TOTAL NUMBER OF ALLEGATIONS**

## REVIEW OF RIGHTS


☒  Subject was advised of procedural rights and understood them.
☒  Subject elected to proceed with hearing.
☐  Subject requested postponement of hearing.
☐  Subject waived hearing and completed Waiver of Revocation Hearing form.

RE: <u>Dotson, Edward</u>        <u>198-   </u>        <u>336-599</u>
   Subject's              DCDC           PDID#

Allegation # __1__: Subject committed a ☐ noncriminal ☒ criminal violation of Parole Condition # __0901__ by the following alleged conduct on or about _____ 199_: _The subject failed to obey all laws. He was arrested on Nov. 5, 1993, charged with Distribution of Cocaine, F11605-93._

Evidence: ☒ Police Report   ☐ Field Sheet   ☐ Other:_____
Case # __F11605-93__        Status:_____

| Findings of Fact | Evidence |
|---|---|
|  | Admit |

### CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

PDS.202  1/21/93                  7

ADDITIONAL ALLLEGATIONS

Allegation #2: Subject committed a ☐ noncriminal ☒ criminal violation of Parole Condition # 04/0 by the following alleged conduct on or about _____ 199_: The subject illegally sold a controlled dangerous substance on NOV. 5, 1993, at the time of his arrest for Distribution of cocaine.

Evidence: ☒ Police Report  ☐ Field Sheet  ☐ Other: _____

Case # _____   Status: _____

| Findings of Fact | Evidence |
|---|---|
|  | Admit |

CONCLUSION:  ☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

pds.212 1/22/93                5A

## ●●●ITIONAL ALLLEGATIONS ●●●

Allegation # 3 : Subject committed a ☒ noncriminal ☐ criminal violation of Parole Condition # 0701 by the following alleged conduct on or about _____ 199_: The subject failed to keep his Parole officer informed of his Residence in that it was learned on 9-24-93, that the subject

Evidence: ☐ Police Report  ☐ Field Sheet  ☐ Other: _____

Case # _____     Status: _____ over →

| Findings of Fact | Evidence |
|---|---|
|  | Admit |

CONCLUSION:   ☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

pds.212  1/22/93              5A

had moved. He failed to inform his PO of his ~~previous~~ new Residence.

## ADDITIONAL ALLLEGATIONS

Allegation # __4__ : Subject committed a ☒ noncriminal ☐ criminal violation of Parole Condition # __1004__ by the following alleged conduct on or about _____ 199__ : _The subject failed to Report as directed, He failed to Report to parole supervision On Sept. 1, 1993, as directed On 8-11-93._

Evidence:  ☐ Police Report   ☒ Field Sheet   ☐ Other: _____

Case # _____    Status: _____

| Findings of Fact | Evidence |
|---|---|
|  | Admits |

CONCLUSION:   ☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

pds.212  1/22/93                 5A

MITIGATING FACTORS: _____

_____
_____
_____
_____
_____
_____
_____

AGGRAVATING FACTORS: _____

_____
_____
_____
_____
_____
_____
_____

OTHER CONSIDERATIONS: _____

Subject states he returned to drug use & had to support his habit. States he was not ready for treatment until now, when he realized drug use keeps giving him the same results — returning to jail.

_____
_____
_____
_____
_____

RE: <u>Dotson, Edward</u>            <u>198-</u>           <u>336-599</u>
      Subject's Name                    DCDC#            PDID#

## HEARING OFFICIAL'S CONCLUSION

Violations Sustained:    # _____    ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

                         # _____    ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

                         # _____    ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

                         # _____    ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

                         # _____    ☐ Noncriminal  ☐ Misdemeanor  ☐ Felony

      Other: _____


Is Revocation Appropriate?     ☐  Yes   ☐   No

Is Reincaration Appropriate?  ☐  Yes   ☐   No

If Continued, is incarceration pending continuation appropriate?

                    ☐  Yes   ☐   No


Comments: _____

_____

_____

_____

_____

_____


PDS.202 1/21/93                          9

RE: <u>Dotson, Edward</u>     <u>198-●●●</u>     <u>336-599</u>
    Subject's Name                  DCDC#              PDID#

## HEARING OFFICIAL'S RECOMMENDATION

DISPOSITION: <u>Revoke for criminal & non criminal</u>
<u>Violations; Reconsider for parole by</u>
<u>4/12/96</u>

Disposition Codes: <u>RV-01-74</u>  ___  ___  ___

SPECIAL INSTRUCTIONS/CONDITIONS:
  Code: <u>20</u> <u>Intensive drug treatment (CTF)</u>
  Code: ____  _____
  Others: _____

Disposition is Inside Guidelines  ☒ Yes  ☐ No
Setoff is Inside Guidelines       ☒ Yes  ☐ No

COUNTERVAILING FACTOR CODES: <u>8</u>  ___  ___  ___

STAFF FOLLOWUP ACTIONS: _____

BY: _____[signature]_____  DATE: <u>4/12/94</u>
    Hearing Official

CONCURRENCE: Based on examination of the relevant information in this case, the Board concurs with the disposition recommended by the Hearing Official, and hereby orders the issuance of the appropriate implementing documents.

Board Member: _____[signature]_____  Date: <u>4/12/94</u>

Board Member: _____[signature]_____  Date: <u>4-14-94</u>

Board Member: <u>Margaret Quick</u>  Date: <u>4/15/94</u>

NONCONCURRENCE--See Page 11

☐ Erias Hyman     ☐ Willie Hasson        ☐ Polly Nelson

☐ Margaret Quick  ☐ Enrique Rivera-Torres