# EXHIBIT 9

 

# 𝕿𝖍𝖊 𝕭𝖔𝖆𝖗𝖉 𝖔𝖋 𝕻𝖆𝖗𝖔𝖑𝖊
## of the
# 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕮𝖔𝖑𝖚𝖒𝖇𝖎𝖆

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

**DCDC** 198-252                **NAME** EDWARD DOTSON

**DOB**                **SSN**                **LOCATION** ADULT PAROLE

**DOCKET** H9404-0036        **CONSIDERATION TYPE** H:REVOCATION

The District of Columbia Board of Parole issues the following **ORDER:**

REVOKE PAROLE FOR CRIMINAL AND NONCRIMINAL VIOLATIONS;
CONSIDER FOR REPAROLE BY 04/12/1996

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

INTENSIVE DRUG PROGRAM

Remarks:

FAILED TO OBEY ALL LAWS
ILLEG SOLD CONTROL-DANGER SUBSTANCE
FAILED TO KEEP PO INFORMED/RESID
FAILED TO REPORT AS DIRECTED

04/15/1994
_____
Date

_____
Chairman
on behalf of the Board of Parole

Seal

NOA Date 4-27-94 by _____

[ Parole Determination File ]
DAVIS, D

EXHIBIT
9