# EXHIBIT 11

ADP Form 19 DCDC-7-70

**DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2**

Date Prepared: 7-26-94 (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 198252 | Dotson, Edwards | | |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Offense | DCPV | Att. Dist Heroin | | |
| Case Number | | F11605-93F | | |
| Sentence (Yrs., Mos., Days) | owes 4622 days | 30 mos – 90 mos. | cmc | |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 2-9-94 | 7-12-94 | | |
| Full Term Date (Mo., Da., Yr.) | | 10-6-2006 | | |
| Short Term / M.R. Date (Mo., Da., Yr.) | 7/25/2002 | ~~8-9-2002~~ | 8/6/2002 | ~~7/31/2002~~ |
| Parole Eligibility Date (Mo., Da., Yr.) | 6/15/96 | ~~6-30-1996~~ | ~~6/27/96~~ | ~~6/21/96~~ |
| Max. Supervision Date (Mo., Da., Yr.) | | — | | |
| Statutory Good Time Rate / Month | | 180/1519 | | |
| Plea | | Guilty | | |
| Committing Judge | | Edwards | | |
| Defense Attorney | | | | |
| Initialed By: | | mr | | |

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| | | |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| 3/11/96 | 3 dys CCRP I | | | |
| 5/14/96 | 6 dys CCRP II | | | |
| 7/18/96 | 6 dys CCRP III | | | |

**JAIL CREDIT DATES**

| From and Including | To and Including |
|---|---|
| STREET TIME | |
| 6-21-93 | 11-8-93 = 141 days |

**REMARKS**

Concurrent sentence totally absorbed in Parole Violator Sentence m.c.

YELLOW COPY TO ADP

EXHIBIT 11