# EXHIBIT 13



★ ★ ★



GOVERNMENT OF THE DISTRICT OF COLUMBIA
PAROLE SUPERVISION SERVICES DIVISION
DISTRICT OF COLUMBIA BOARD OF PAROLE
300 INDIANA AVENUE N.W., 2ND FLOOR
WASHINGTON, DC 20001

## RELEASE VERIFICATION REPORT

| | |
|---|---|
| INMATE'S NAME: Dotson, Edward | GRANT DATE: 8-26-97 |
| DCDC:198252  PDID:336529  DOB: | INSTITUTION: Min. |
| OFFENSE(S): BRA, Armed Rob, Rob, Att | SENTENCE(S): 14-42 mos. |
| Dist. Heroin | 7-21yrs,5-13yrs,30-90mos. |
| | Sentenced: 6-24-82, |

*(stamp: SEP 17 1997 RECEIVED)*

7-12-94

HOME: _____  _____  _____
    Will reside with (Name)  Relationship  Telephone No.

ADDRESS: _____

VERIFIED DATE:9-3-97____ METHOD:TC___ CONTACTED:_____

EMPLOYER:_____  POSITION:_____

ADDRESS:_____  TELEPHONE:_____

SUPERVISOR:_____  WAGE:_____  HOURS:_____

DATE VERIFIED:_____  METHOD:_____  CONTACTED:_____

## SPECIAL CONDITION(S): Narcotics Surveillance, Outpatient
Drug Program, Narcotics Anonymous

_____

## SPECIAL INSTRUCTIONS/ADDITIONAL COMMENTS:
_____
_____

PAROLE OFFICER: Charles Wade Jr._____  DATE: 9-15-97_____

SUPERVISORY PAROLE OFFICER: WILLIETTE S. COPELAND  DATE: 9-15-97

Approved by D.C. Parole Board for RELEASE on  9-25-97
from_____ *Minimum Facility*_____ with special
condition of  *NS, OPDP, and  NA*

Parole Analyst *Mary Jo Williams*  Full term date 10·6·2006

EXHIBIT
13