# EXHIBIT 14

## DISTRICT OF COLUMBIA BOARD OF PAROLE

**WARRANT**

NUMBER: PE-35265-99

*auin/w0345148*

**TO:** Any Officer of the D.C. Department of Corrections. Any Police Officer or Federal Officer Authorized to Serve Criminal Process

**RE:**
- NAME : DOTSON, EDWARD, JR.
- ALIAS: DOTSON, ANTWAN
  ALSTON, JOSEPH
  "ED" "MEN" "MAN"

- SSN#
- DCDC# 198-252
- PDID# 336529
- FBI# 709-709V3
- DOB:
- SEX: MALE
- RACE: BLACK
- EYES: BROWN
- HAIR: BLACK
- HEIGHT: 5 ft 7 in
- WEIGHT: 137 lbs
- COMPLEXION: DARK

DISTINGUISHING MARKS:

SENTENCE TYPE: ADULT

PAROLE OFFICER: BRIGHT, RODNEY

LAST KNOWN ADDRESS:

*EXECUTED: 5/19/99 FOR INTAKE*
*COMP. RETURN*
*ITF/MPA REPT.*
*REC'D 5/19/99*
*PV F.S.*

SUBJECT'S LOCATION: At large __x__   Confined in _____

Whereas the above-named person is under sentence in the District of Columbia for the crime(s) of ATT.DIST.HEROIN;ATT.ROBBERY;ROBBERY;BRA-FELONY;POSS.OF COCAINE and was on the 25th of September, 1997 released on parole from the MINIMUM SECURITY, And whereas reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, <u>EXCEPT</u> IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, <u>DO NOT EXECUTE THIS WARRANT.</u> PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT <u>SHALL TAKE PRECEDENCE.</u> IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this 29th day of April 1999

• TRUE COPY

_____
Director, Michael Green
Parole Determination
D.C. Board of Parole

_____
Member, D.C. Board of Parole

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19____ and the person named MUST NOT be held beyond that time.

EXHIBIT 14

*WARRANT for return of Paroled Prisoner*　　　DOTSON, EDWARD, JR.

DCDC No.　198-252　to the Central Detention Facility, Washington, D.C.

===========================================================

EXECUTING OFFICIAL'S RETURN TO THE DISTRICT OF COLUMBIA BORAD OF PAROLE

_____ WASHINGTON _____, District of _Columbia_,

Received this writ the __19th__ day of __MAY__, 19__99__, and executed same

by arresting Paroled Prisoner _Edward Dotson #198-252_ at

_MPD Central Cellblock_ this __19th__ day of __MAY__,

19__99__, at __10:30__ a.m./p.m., and committing him/her to _____

_____ CDF _____

_____
Executing Officer

Further executed same by commitment of the above-named Paroled Prisoner to

_____ CDF _____ at _1901 D St, S.E. Wash. DC_

on this __19th__ day of __MAY__, 19__99__, at __11:00__ a.m./p.m.,

the institution designated by the Attorney General, with this copy of the Warrant and the Statement

of Alleged Violations attached hereto.

_____
Executing Officer

===========================================================

*NOTE: One signed copy of this executed warrant is to be returned to the District of Columbia Board of Parole. If an expired warrant for a prisoner sentenced under the Federal Youth Corrections Act (FYCA) is discovered in your files, it should be returned forthwith to the District of Columbia Board of Parole.*