# EXHIBIT 15

Tape 399 at 543

1B000-152

# DISTRICT OF COLUMBIA BOARD OF PAROLE
## PAROLE DETERMINATION RECORD
## REVOCATION HEARING

RE: Edward Dotson, Jr.           198-252           336529
    Subject's Name            DCDC#             PDID#

BIRTHDATE: _____  BOP DOCKET #: H-9906-0057
LOCATION: Complex    CONSIDERATION DATE: 6/30/99
OFFENDER STATUS:  ☐ Youth Act   ☒ Adult

PAROLE OFFICER: Rodney Bright                UNIT: III

☐ Order to Appear--Issued: _____      Served: _____

☐ Warrant--Issued: 4/29/99   Executed: 5/19/99  Served: _____

ANALYST: Carol Fleming            PREPARED: 6/28/99

HEARING OFFICIALS: Priscilla Miller

SUPERVISION REPRESENTATIVE: Rodney Bright

ATTORNEY: Larry Williams

WITNESSES: _____

OTHERS PRESENT: _____

☐ HEARING NOT HELD, REASON: _____

   ☐ Reschedule By _____      ☐ Do Not Reschedule

OFFENSES ON WHICH CURRENT SENTENCE IS BASED: Att. Dist. of Heroin; Armed Robbery

_____ PENDING CASES: _____

POST HEARING QUALITY ASSURANCE
ANALYST: CF                              DATE: 7/22/99

PDS.202 11/16/94                1


EXHIBIT 15

RE: _Edward Dotson, Jr._      _198-252_    _336529_
    Subject's Name            DCDC#         PDID#

|                             | IF NOT REVOKED | IF REVOKED |
|---|---|---|
| FULL TERM DATE:             | 10/6/2007      | 10/14/2008 |
| MANDATORY RELEASE DATE:     | n/a            | 4/26/2006  |
| DATE ORIGINAL SENTENCE BEGAN: | 6/24/82, 7/12/94 | |

PAROLE RELEASES THIS SENTENCE: _once in new aggregate sentence_

LAST PAROLE WAS:   ☐ Mandatory   ☒ Discretionary  9/25/97   ☐ Reparole

SPECIAL CONDITIONS: _n/a, opdp, NA_

DETAINERS OR CONSECUTIVE SENTENCES: _____

FACTS OF NEW CRIMINAL OFFENSES: _3/16/99 subject was arrested for Driving With No Permit + a Bench Warrant for Failure to Appear_

HO: _____

ANALYSIS OF CRIMINAL HISTORY, SUBSTANCE ABUSE, MENTAL HEALTH PROBLEMS, AND TREATMENT ATTEMPTS:

PDS.202 11/16/94                    2

RE: <u>Edward Dotson ████</u>    <u>198█ █52</u>     <u>336529</u>
    Subject's Name                    DCDC#           PDID#

HO: _____

PERFORMANCE DURING LAST RELEASE ON PAROLE: *An OAR was originally issued 4/9/99 based on the new arrest + drug use. Subject failed to report in to have OAR papers served; as a result, warrant was issued 4/29/99.*

HO: _____

PERFORMANCE UNDER ANY PREVIOUS COMMUNITY SUPERVISION: *Parole was revoked 4/15/94, 6/14/90 + 3/25/92 - grants were rescinded*

## ANALYST'S REMARKS

_____
_____
_____
_____
_____
_____

### SETOFF GUIDELINE RECOMMENDATIONS

<u>Noncriminal Violation</u>
   less than 5 yrs remain         within 6 mos.
   5 or more years remain         within 6-9 mos.
<u>Misdemeanor Charge or Conviction</u>
   less than 5 yrs remain         within 6-9 mos.
   5 or more years remain         within 9-15 mos.
<u>Felony Charge or Conviction</u>
   less than 5 yrs remain         within 9-15 mos.
   5 or more years remain         within 15-24 mos.

RE: _Edward Dotson_   _198__52_   _936529_
    Subject's Name    DCDC#    PDID#

## NATURE AND NUMBER OF VIOLATIONS ALLEGED

_____ 1. Failure to report to Supervision immediately upon release.

_____ 2. Travel without approval from Parole Officer.

_✓___ 3. Visit to illegal establishment, including where alcoholic beverages are illegally sold, dispensed, or used.

_____ 4. Illegal possession, use, sale, or purchase of any narcotic drug, controlled substance, or related paraphernalia, or visit to place where any such item is illegally sold, dispensed, used, or given away.

_____ 5. Ownership, possession, use, sale, or control of any deadly weapon or firearm.

_____ 6. Less than diligent efforts to find and maintain legitimate employment; support of self and legal dependents not commensurate with ability.

_____ 7. Failure to keep Parole Officer informed of place of residence and work, or to notify of loss of employment or change in residence.

_____ 8. Agreement to act as informer or agent for any law enforcement agency.

_✓✓__ 9. Failure to obey laws, or to report at the earliest opportunity any arrest or other involvement with law enforcement officials.

_✓✓__ 10. Failure to cooperate with Board and Supervision, to carry out Parole Officer's instructions, or to report as directed, knowing that such failure may cause re-incarceration by the Board.

_____ 11. Failure to abide by special conditions:_____

_____ **TOTAL NUMBER OF ALLEGATIONS**

## REVIEW OF RIGHTS

☑ Subject was advised of procedural rights and understood them.
☑ Subject elected to proceed with hearing.
☐ Subject requested postponement of hearing.
☐ Subject waived hearing and completed Waiver of Revocation Hearing form.

PDS.202 11/16/94    4

RE: _Edward Dotson_      _198___62_      _336529_
    Subject's Name            DCDC#            PDID#

Allegation # _1_ : Subject committed a ☐ noncriminal ☐ criminal violation of Parole Condition # _0405_ by the following alleged conduct on or about _10/2_ 199_8_ : _Illegally used narcotic substance (Opiates) when he tested positive_

Evidence: ☐ Police Report    ☐ Field Sheet    ☒ Other: _B & W Lab Report_

Case #_____      Status:_____

| Findings of Fact | Evidence |
|---|---|
| Admits | Admission |

### CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

PDS.202 11/16/94          5

RE: <u>Edward Dotson</u>     <u>198●●52</u>     <u>336529</u>
       Subject's Name              DCDC#          PDID#

Allegation #<u>2</u>: Subject committed a ☐ noncriminal ☐ criminal violation of Parole Condition # <u>0406</u> by the following alleged conduct on or about <u>10/2</u> 199<u>8</u>: <u>Illegally used a CDS-cocaine when he tested positive</u>

Evidence: ☐ Police Report   ☐ Field Sheet   ☒ Other: <u>B & W Lab Report</u>
Case #_____       Status:_____

| Findings of Fact | Evidence |
|---|---|
| Admits | Admission |

### CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

PDS.202 11/16/94                    6

RE: _Edward Dotson J●●●_      _198●●●2_    _336529_
    Subject's Name              DCDC#        PDID#

Allegation #_3_: Subject committed a ☐ noncriminal ☐ criminal violation of Parole Condition # _0901_ by the following alleged conduct on or about _2/27_ 199_8_: _Subject failed to obey all laws when arrested for Driving Under Influence_

Evidence: ☐ Police Report  ☐ Field Sheet  ☐ Other:_____
Case # _T-245998_       Status:_____

| Findings of Fact | Evidence |
|---|---|
| States he drank 1 Beer | Plea guilty on 6/2/99 Rec'd 30 day ESS 3 yrs probation $100 VCC Fine ESS. Placed in diversion program, but only completed pay & released from program |

CONCLUSION

☒ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

PDS.202 11/16/94                    7

RE: Edward Dots●n ●● ●●●●●●●●    198●●52    336529
    Subject's Name                          DCDC#     PDID#

Allegation # 4 : Subject committed a ☐ noncriminal ☐ criminal violation of Parole Condition # 0401 by the following alleged conduct on or about 3/16 199 9: Subject failed to obey all laws when arrested for Driving without a Permit and in addition a Bench Warrant was issued for FTA

Evidence: ☐ Police Report  ☐ Field Sheet  ☐ Other: _____
Case # T-129/99  Bench Warrant → IR245998 issued   Status: _____

| Findings of Fact | Evidence |
|---|---|
| Admits | Paid fine of $75 on 6/2/99

Bench Warrant issued as a result of not Completing Diversion Program |

CONCLUSION

☑    Parole Violation Sustained

☐    Parole Violation Not Sustained

☐    No Finding

PDS.202 11/16/94        8

RE: _Edward Dotson_ ●●●●●●●●●   _198●●52●_   _336529_
     Subject's Name                        DCDC#       PDID#

Allegation # _5_ : Subject committed a ☐ noncriminal ☐ criminal

violation of Parole Condition # _0902_ by the following

alleged conduct on or about _2/27_ 199_8_: _& 3/16/99 - Subject failed to report his arrests to his PO_

Evidence:  ☐ Police Report    ☐ Field Sheet    ☐ Other:_____

Case #_____        Status:_____

| Findings of Fact | Evidence |
|---|---|
| Subj states he told his former PO about arrest. | PO Bright states the records don't reflect subj reporting being arrested |

### CONCLUSION

☑ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

PDS.202 11/16/94                    9

RE: _Edward Dots●●_ ●_____   _198●52●_   _336529_
    Subject's Name                              DCDC#        PDID#

Allegation # _6_ :  Subject committed a ☐ noncriminal ☐ criminal violation of Parole Condition # _1004_ by the following alleged conduct on or about _3/12_ 199_9_: _Subject failed to report as directed on 3/11/99 during a telephone conversation with POO._

Evidence:  ☐ Police Report   ☐ Field Sheet   ☐ Other:_____

Case #_____   Status:_____

| Findings of Fact | Evidence |
|---|---|
| Admits. | Admission |

CONCLUSION

☑   Parole Violation Sustained

☐   Parole Violation Not Sustained

☐   No Finding

PDS.202 11/16/94                    10

RE: _Dotson Edward Jr._ ████52 336-529
    Subject's Name                       DCDC#    PDID#

Allegation # __7__: Subject committed a ☐ noncriminal ☐ criminal violation of Parole Condition # __1003__ by the following alleged conduct on or about __4/15__ 199_9_: _Subject failed to report to sign his OAR papers as instructed on 4/14/99_

Evidence: ☐ Police Report    ☐ Field Sheet    ☐ Other:_____

Case #_____      Status:_____

| Findings of Fact | Evidence |
|---|---|
| Admits | Admission |

### CONCLUSION

☑ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

RE: _Dotson, Edward Jr._                    ████52 336-529
         Subject's Name                      DCDC#    PDID#

Allegation #_8_: Subject committed a ☐ noncriminal ☐ criminal violation of Parole Condition #_1004_ by the following alleged conduct on or about _4/7_ 199_9_: _Subject failed to report as directed during his last office visit on 3/24/99_

Evidence:  ☐ Police Report   ☐ Field Sheet   ☐ Other:_____
Case #_____    Status:_____

| Findings of Fact | Evidence |
|---|---|
| Admits | Admission |

### CONCLUSION

☑ Parole Violation Sustained

☐ Parole Violation Not Sustained

☐ No Finding

RE: <u>Edward Dots███████</u>   <u>198█ █52█</u>   <u>336529</u>
    Subject's Name            DCDC#        PDID#

MITIGATING FACTORS: _____

_____

_____

_____

_____

_____

_____

AGGRAVATING FACTORS: _____

_____

_____

_____

_____

_____

_____

OTHER CONSIDERATIONS: *Subj has applied to Blair House, but has been accepted yet. Attorney feels confident this will happen.*

_____

_____

_____

_____

Parole Plan Information: _____

_____

PDS.202 11/16/94                      11

RE: Edward Dots●●_____    198●52●_    336529___
         Subject's Name                    DCDC#         PDID#

## HEARING OFFICIAL'S CONCLUSION

Violations Sustained:  # __405__   ☑ Noncriminal  ☐ Misdemeanor  ☐ Felony
                      # __406__   ☑ Noncriminal  ☐ Misdemeanor  ☐ Felony
                      # __901__   ☑ Noncriminal  ☒ Misdemeanor  ☐ Felony
                      # __901__   ☐ Noncriminal  ☒ Misdemeanor  ☐ Felony
                      # __902__   ☑ Noncriminal  ☐ Misdemeanor  ☐ Felony
       Other: __1004 ✓__
              __1003 ✓__

Is Revocation Appropriate?    ☐ Yes   ☐ No

Is Reincaration Appropriate?  ☐ Yes   ☐ No

If Continued, is incarceration pending continuation appropriate?
                              ☐ Yes   ☐ No

Comments: _Subj is a poly drug user (heroin + cocaine). He'd stopped reporting, wasn't working. Has extensive criminal history_

RE: Edward Dots[redacted]        198[redacted]52         336529
    Subject's Name               DCDC#            PDID#

## HEARING OFFICIAL'S RECOMMENDATION

DISPOSITION: Revoke parole for CNC vrol. Counseller
Reparole by 2/19/00

Disposition Codes: RV-01-91        2-19-00

SPECIAL INSTRUCTIONS/CONDITIONS:

Code: 10    Intensive drug program (Lifetime)

Code: ___

Others: ___

Disposition is Inside Guidelines   ☐ Yes   ☐ No
Setoff is Inside Guidelines        ☐ Yes   ☐ No

COUNTERVAILING FACTOR CODES: ___  ___  ___  ___

STAFF FOLLOW UP ACTIONS: ___

BY: Priscilla Miller                DATE: 6/30/99
    Hearing Official

CONCURRENCE: Based on examination of the relevant information in this case, the Board concurs with the disposition recommended by the Hearing Official, and hereby orders the issuance of the appropriate implementing documents.

Board Member: [signature Michael Green]        Date: 7-2-99

Board Member: [signature Margaret Quick]       Date: 7/20/99

Board Member: ___                              Date: ___

NONCONCURRENCE--See Attached Form BOP.902

☐ Margaret Quick   ☐ Polly Nelson   ☐ Michael Green

PDS.202 11/16/94                    13