# EXHIBIT 16

 

# The Board of Parole
## of the
## District of Columbia

### NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 198-252 | NAME EDWARD, JR. DOTSON | |
| DOB | SSN | LOCATION COMPLEX |
| DOCKET H9906-0057 | CONSIDERATION TYPE H:REVOCATION | |

The District of Columbia Board of Parole issues the following **ORDER**:

REVOKE PAROLE FOR CRIMINAL AND NONCRIMINAL VIOLATIONS;
CONSIDER FOR REPAROLE BY 02/19/2000

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

INTENSIVE DRUG PROGRAM (LIFE LINE)

Remarks:

ILLEG USED NARCOTIC DRUG
ILLEG USED CONTROL-DANGER SUBSTANCE
FAILED TO OBEY ALL LAWS
FAILED TO OBEY ALL LAWS
FAILED TO REPORT ARREST TO PO
FAILED TO REPORT AS DIRECTED
FAILED TO CARRY OUT PO INSTRUCTIONS

07/20/1999    7/28/99
_____                                   _____
Date                                          Chairman
                                              on behalf of the Board of Parole
                  Seal

NOA Date  7/29/99  by                         [ Parole Determination File ]
                                              BRIGHT, R       EXHIBIT
                                                              16