# EXHIBIT 17

U.S. Department of Justice
United States Parole Commission

SEP 18 2001

## CERTIFICATE OF PAROLE
### District of Columbia Offender

Know All Men By These Presents:

It having been made to appear to the United States Parole Commission that DOTSON, Edward, REG No. 06475-016, (DCDC No. 198-252), is eligible to be paroled, and that there is a reasonable probability that the prisoner will live and remain at liberty without violating the law, and that his release is not incompatible with the welfare of society, it is ORDERED by the said United States Parole Commission that said prisoner be paroled on September 15, 2001, and that said prisoner is to reside within the District of Columbia and to remain within the limits of the Washington, D.C. Metropolitan Area (including the District of Columbia, Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax, and Falls Church, Virginia) until and including December 30, 2010.

Given under the hands and the seal of the United States Parole Commission on September 6, 2001.

UNITED STATES PAROLE COMMISSION

By Gagliardi, Case Services

Docket/Case Number: F5796-81E
Initial Risk Category: SFS=3

Acknowledgement of Release Conditions:
I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any, I may be recommitted.

Consent to the Disclosure of Drug/Alcohol Treatment Information:
By signing this Parole Certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcoholic treatment program in which I am, or will be participating, and the Parole Supervision Services Division of the District of Columbia Board of Parole. I further consent to the disclosure by such facility to the Parole Supervision Services Division of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of parole supervision.

_Edward Dotson_
Name
DOTSON, EDWARD JR.

FBOP 06475-016   DCDC 198252
DCDC No.

Witnessed: x SD Gwenn Records Clerk x 9-14-01
Name and Title                              Date

The above-named person was released on the __14__ day of __SEPTEMBER__, __2001__ with a total of __3394__ days remaining to be served.

Official Certifying Release
T.M. HERTLI, CCS

BOP-Raleigh CCM

EXHIBIT 17