# EXHIBIT 18

```
5H      PARA0   540*23 *         SENTENCE MONITORING        *      09-06-2001
PAGE 001            *            COMPUTATION DATA           *      07:44:36
                                 AS OF 09-06-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


FBI NO............: 709709V3           DATE OF BIRTH:
ARS1..............: CRL/A-DES
UNIT..............:                     QUARTERS.....:
DETAINERS.........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-15-2001 VIA PAROLE

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F6786-81(E)
JUDGE...........................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED.............: 05-06-1999
DATE WARRANT EXECUTED...........: 05-19-1999
DATE COMMITTED..................: 06-13-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  695
OFF/CHG: D.C. CODE 23-1327(A); BRA-FELONY

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:     42 MONTHS
 NEW SENTENCE IMPOSED............: 6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 11-18-1981

 REMARKS.......: TIE IS TOTAL OF ALL CASES COMBINED.
                 180 DAY DATE DOES NOT APPLY.

---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
5H    DOCKET NUMBER.............: F4866-81
JUDGE...........................: SHUKER




G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 18

```
5H      PARA0   540*23  *          SENTENCE MONITORING            *     09-06-2001
PAGE 002                *          COMPUTATION DATA               *     07:44:36
                                   AS OF 09-06-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  605
OFF/CHG: ARMED ROBBERY (PAROLE VIOLATOR)

  SENTENCE PROCEDURE..............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    21 YEARS
  NEW SENTENCE IMPOSED............: 6175 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE.................: 10-21-1981

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F4867-81
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PARA0  540*23 *        SENTENCE MONITORING        *    09-06-2001
PAGE 003           *            COMPUTATION DATA          *     07:44:36
                                AS OF 09-06-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


---------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  605
OFF/CHG: D.C. CODE 23-1327(A); BRA-FELONY (PAROLE VIOLATION)

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS
 NEW SENTENCE IMPOSED............:  6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONCURRENT
 DATE OF OFFENSE.................: 08-28-1981

---------------------CURRENT JUDGMENT/WARRANT NO: 040 --------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: M1180-90A
JUDGE...........................: RANKIN
DATE SENTENCED/PROBATION IMPOSED: 07-11-1990
DATE WARRANT ISSUED.............: 05-06-1999
DATE WARRANT EXECUTED...........: 05-19-1999
DATE COMMITTED..................: 06-13-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

---------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  605
OFF/CHG: POSSESSION OF COCAINE (PAROLE VIOLATOR)

 SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 DAYS
 NEW SENTENCE IMPOSED............:  6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE.................: 01-30-1990




5H
G0002           MORE PAGES TO FOLLOW . . .
```



```
5H      PARA0  540*23 *        SENTENCE MONITORING          *   09-06-2001
PAGE 004            *           COMPUTATION DATA            *   07:44:36
                                AS OF 09-06-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


 REMARKS......: TIE IS TOTAL OF ALL CASES COMBINED.

----------------------CURRENT JUDGMENT/WARRANT NO: 050 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F11605-93F
JUDGE...........................: EDWARDS
DATE SENTENCED/PROBATION IMPOSED: 07-12-1994
DATE WARRANT ISSUED.............: 05-06-1999
DATE WARRANT EXECUTED...........: 05-19-1999
DATE COMMITTED..................: 06-13-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO    SERVICES: NO      AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  620
OFF/CHG: ATTEMPTED DIST OF HEROIN. (PAROLE VIOLATOR)

  SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    90 MONTHS
  NEW SENTENCE IMPOSED...........: 6175 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO PV TERM
  DATE OF OFFENSE................: 11-05-1993




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H       PARA0   540*23 *        SENTENCE MONITORING          *     09-06-2001
PAGE 005 OF 005 *                COMPUTATION DATA             *     07:44:36
                                 AS OF 09-06-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-02-2001 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010, 030 010, 040 010, 050 010

DATE COMPUTATION BEGAN..........: 02-09-1994
AGGREGATED SENTENCE PROCEDURE...: DC CODE OLD LAW / GTCA AGGREGATE
CONTROLLING SENTENCE............: DC GTCA/OMNIBUS
TOTAL TERM IN EFFECT............: 6175 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   16 YEARS     10 MONTHS     28 DAYS
COMBINED MANDATORY MINIMUM......:    1 YEARS

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    08-29-1981   09-02-1981
                                    11-18-1981   11-18-1981

TOTAL JAIL CREDIT TIME..........: 6
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 2029
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 06-10-2005
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 12-30-2010

PAROLE EFFECTIVE................: 09-15-2001
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

PROJECTED SATISFACTION DATE.....: 09-15-2001
PROJECTED SATISFACTION METHOD...: PAROLE

REMARKS.......: COMP ORIGY COMPUTED BY DCOB AND REVIEWED AND OR CORRECTED BY
                CRL BOP STAFF BASED ON INFO IN INMATES OFFICIAL CENTRAL FILE
                ./RLJ SRD REDUCEDBY 9 DS OF EDU CRED. 6 DS JC ADDED FOR ORG
5H                 ARREST NOT AWARDED TOWARD PRIOR COMP. NOA DATED 3/29/01 REOPEN
                & RETARDP.E. DATE OF 6/17/01 BY 90 DS TO P.E. 9/15/01.




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```