# EXHIBIT 20

# WARRANT
## D.C. Code Offender

U.S. Department of Justice
United States Parole Commission

---

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Dotson, Edward, Reg. No. 06475-016, DCDC No. 198-252, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 7 to 21 years for the crime of Armed Robbery and was on 9-15-01 released on parole with 3394 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on August 7, 2002

                                              *[signature]*
                                            U.S. Parole Commissioner

---

Dotson, Edward
Reg. No. 06475-016    DCDC No. 198-252

EXHIBIT 20

WARRANT For Return Of Prisoner Released To Supervision

Name:   Dotson, Edward
Reg. No. 06475-016                                       DCDC No.   198-252

---

UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of __Columbia_____ ss:

Received this writ the __13th__ day of __August__, 20_02_, and executed same by arresting the within-named __Edward Dotson_____
this __28th_____ day of __August_____, 20_02_,
at __USCH_____ and committing him to __D.C. J.1_____

                                    __George B Walsh_____
                                                U.S. Marshal

                                    _____
                                                Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.


                                    _____
                                                U.S. Marshal

                                    _____
                                                Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated _____


_____              _____
    Prisoner's Signature                           Date

*(If prisoner refuses to sign, Marshal should so indicate.)*

---

Dotson, Edward