# EXHIBIT 22

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |

| | |
|---|---|
| Name: DOTSON, Edward | Institution: D.C. Correctional Treatment Facility |
| Register Number: 06475-016 | DCDC No.: 198-257 |

In the case of the above named the following parole action was ordered:

### D.C. Local Revocation

Revoke parole. None of the time spent on parole shall be credited. Continue to a presumptive parole after the service of 24 months (August 28, 2004). You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment. **In addition**, it is recommended that you complete a Comprehensive Substance Abuse Drug Treatment in the Bureau of Prisons.

**NOTE TO BOP:** The Bureau of Prisons is requested to consider designating you to a BOP Facility that has the Comprehensive Drug Treatment Program.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated the condition of release as indicated below:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs.

Basis: Your admission to the examiner.

Charge No. 2 - Failure to Submit to Drug Testing.

Basis: Your admission to the examiner.

Charge No. 3 - Violation of Special Condition (DAPS).

Basis: Your admission to the examiner.

Charge No. 4 - Failure to Report Change in Residence.

Basis: Information provided in violation report dated 08-02-2002 from CSO Randall and testimony of CSO Lacy at the Revocation Hearing on 10-09-2002.

| | |
|---|---|
| Date: October 21, 2002 | Clerk: MDD |
| USM-District of Columbia - District Court  Page 1 of 3 | EXHIBIT DOTSON.647<br>22 |

 

**REASONS:**

Your parole violation behavior has been rated as Category One severity because it involved administrative violations. Your new salient factor score is 3. As of your hearing date of 10-09-2002, you have been in custody for 1 month. Guidelines established by the Commission indicate a customary range of 12-16 months to be served before release. After review of all relevant factors and information presented, a decision above the guidelines appears warranted because you are a more serious risk than indicated by your Salient Factor Score in that you have two prior convictions for assaultive offenses including Armed Robbery (June 1981), Robbery (August 1981). Further, you are a poorer risk than indicated by your Salient Factor Score in that this is your third violation of parole with you previously having been revoked in 1994 and 1999. Further upon being released on parole on 09-15-2001, you commenced to violate parole almost immediately as evidenced by you submitting a drug test that tested positive for cocaine on 10-29-2001.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

See the attached sheet for an explanation of the Salient Factor Score and your item individual points.

cc:    Mr. Thamer
       Federal Public Defender
       District of Columbia
       Special Proceedings Division
       633 Indiana Avenue, N.W.
       Washington, D.C. 20004

       Case Manager Coordinator
       D.C. CCM
       Federal Bureau of Prisons
       800 N. Capitol Street, N.W.
       Suite 270
       Washington, D.C. 20002

       U.S. Marshal
       District of Columbia - District Court
       333 Constitution Avenue, N.W.
       Room 7337
       Washington, D.C. 20001
       Attn: Warrant Squad

       CSS Management Group
       Attn: Sharon Barnes-Durbin, SCSA
       300 Indiana Avenue, NW
       Second Floor, Suite 2149
       Washington, DC 20001

Karen Brown, SDUSM
U.S. Marshal Service
U.S. Courthouse 1106A
Third & Constitution Avenue, N.W.
Washington, DC 20001

| Your Pts | SFS-98 Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than 30 days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 2 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 3 | Total Salient Factor Score (SFS-98) (sum of points for A - F above) |



| Points For SFS-98 Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Date: October 21, 2002                                                        Clerk: MDD

USM-District of Columbia - District Court  Page 3 of 3                        DOTSON.647