# EXHIBIT 24

```
5H      PAR3G   540*23  *           SENTENCE MONITORING          *      08-03-2004
 PAGE 001               *           COMPUTATION DATA             *      08:44:11
                                    AS OF 08-03-2004

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


FBI NO............: 709709V3              DATE OF BIRTH:
ARS1..............: CDC/A-DES
UNIT..............:                        QUARTERS.....:
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 06-17-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-28-2004 VIA PAROLE

----------------------CURRENT JUDGMENT/WARRANT NO: 060 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F4866-81, F4786-81
JUDGE...........................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED.............: 08-07-2002
DATE WARRANT EXECUTED...........: 08-28-2002
DATE COMMITTED..................: 12-06-2002
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO    SERVICES: NO       AMOUNT: $00.00

 REMARKS.......: COMPUTATION INCLUDES CASE M1180-90A, F11605-93 AND F4867-81.

-----------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  644
OFF/CHG: 22-2901, ARMED ROBBERY (CT.C)
         23-1327, BRA (CT.C)
         33-549, ATTEMPTED DISTRIBUTION OF HEROIN (CT.F)
         23-1328, POSSESSION OF COCAINE (CT.A)

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    21 YEARS      42 MONTHS       60 DAYS
 NEW SENTENCE IMPOSED...........: 2245 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
5H     DATE OF OFFENSE.................: 08-28-1981




G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT 24

```
5H      PAR3G    540*23 *           SENTENCE MONITORING           *    08-03-2004
PAGE 002            *              COMPUTATION DATA               *    08:44:11
                                   AS OF 08-03-2004

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 07-01-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 060 010

DATE COMPUTATION BEGAN..........: 08-28-2002
TOTAL TERM IN EFFECT............: 2245 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    6 YEARS     1 MONTHS    22 DAYS
EARLIEST DATE OF OFFENSE........: 08-28-1981

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 589
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-10-2007
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 04-22-2008
EXPIRATION FULL TERM DATE.......: 10-19-2008

PAROLE EFFECTIVE................: 08-28-2004
PAROLE EFF VERIFICATION DATE....: 01-30-2004
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: 08-28-2004
PROJECTED SATISFACTION METHOD...: PAROLE

REMARKS.......: 10% DATE - 06/17/2004
                COMP CERTIFIED BY DC RECORDS CENTER ON 7/06/2004.




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H     PAR3G  540*23 *          SENTENCE MONITORING             *   08-03-2004
PAGE 003             *           COMPUTATION DATA                *    08:44:11
                                 AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


FBI NO............:                      DATE OF BIRTH:
ARS1..............: CDC/A-DES
UNIT..............:                       QUARTERS.....:
DETAINERS.........: NO                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:   09-14-2001 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F6786-81(E)
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  695
OFF/CHG: D.C. CODE 23-1327(A); BRA-FELONY

  SENTENCE PROCEDURE..............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    42 MONTHS
  NEW SENTENCE IMPOSED............: 6175 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE.................: 11-18-1981

  REMARKS.......: TIE IS TOTAL OF ALL CASES COMBINED.
                  180 DAY DATE DOES NOT APPLY.

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
5H   DOCKET NUMBER...............: F4866-81
JUDGE............................: SHUKER




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H     PAR3G   540*23 *           SENTENCE MONITORING          *    08-03-2004
PAGE 004          *               COMPUTATION DATA             *    08:44:11
                                  AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  605
OFF/CHG: ARMED ROBBERY (PAROLE VIOLATOR)

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    21 YEARS
 NEW SENTENCE IMPOSED............: 6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE.................: 10-21-1981

-------------------------PRIOR JUDGMENT/WARRANT NO: 030 -------------------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F4867-81
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00




G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR

```
------------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  605
OFF/CHG: D.C. CODE 23-1327(A); BRA-FELONY (PAROLE VIOLATION)

  SENTENCE PROCEDURE..............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS
  NEW SENTENCE IMPOSED............: 6175 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CONCURRENT
  DATE OF OFFENSE.................: 08-28-1981

------------------------PRIOR JUDGMENT/WARRANT NO: 040 --------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: M1180-90A
JUDGE............................: RANKIN
DATE SENTENCED/PROBATION IMPOSED: 07-11-1990
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...: PROPERTY: NO   SERVICES: NO         AMOUNT: $00.00

------------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  605
OFF/CHG: POSSESSION OF COCAINE (PAROLE VIOLATOR)

  SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    60 DAYS
  NEW SENTENCE IMPOSED............: 6175 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE.................: 01-30-1990
```

```
5H      PAR3G   540*23  *       SENTENCE MONITORING        *      08-03-2004
PAGE 006            *           COMPUTATION DATA           *      08:44:11
                                AS OF 09-14-2001
```

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR

REMARKS.......: TIE IS TOTAL OF ALL CASES COMBINED.

------------------------PRIOR JUDGMENT/WARRANT NO: 050 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F11605-93F
JUDGE............................: EDWARDS
DATE SENTENCED/PROBATION IMPOSED: 07-12-1994
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:
```

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 620
OFF/CHG: ATTEMPTED DIST OF HEROIN. (PAROLE VIOLATOR)

```
SENTENCE PROCEDURE...............: DC GTCA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    90 MONTHS
NEW SENTENCE IMPOSED.............: 6175 DAYS
BASIS FOR CHANGE.................: PAROLE VIOLATOR WARRANT EXEC
RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO PV TERM
DATE OF OFFENSE..................: 11-05-1993
```

G0002        MORE PAGES TO FOLLOW . . .

```
5H      PAR3G   540*23  *         SENTENCE MONITORING          *    08-03-2004
PAGE 007                *         COMPUTATION DATA             *      08:44:11
                                  AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


- - - - - - - - - - - - - - - - - - - - - -PRIOR COMPUTATION NO: 010 - - - - - - - - - - - - - - - - - - - - - - - - -

COMPUTATION 010 WAS LAST UPDATED ON 09-14-2001 AT CRL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010, 030 010, 040 010, 050 010

DATE COMPUTATION BEGAN..........: 02-09-1994
AGGREGATED SENTENCE PROCEDURE...: DC CODE OLD LAW / GTCA AGGREGATE
CONTROLLING SENTENCE............: DC GTCA/OMNIBUS
TOTAL TERM IN EFFECT............: 6175 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    16 YEARS      10 MONTHS       28 DAYS
COMBINED MANDATORY MINIMUM......:     1 YEARS
EARLIEST DATE OF OFFENSE........: 08-28-1981

JAIL CREDIT.....................:      FROM DATE    THRU DATE
                                       08-29-1981   09-02-1981
                                       11-18-1981   11-18-1981

TOTAL JAIL CREDIT TIME..........: 6
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 2029
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 06-10-2005
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 12-30-2010

PAROLE EFFECTIVE................: 09-15-2001
PAROLE EFF VERIFICATION DATE....: 09-06-2001
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 09-14-2001
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CRL
ACTUAL SATISFACTION KEYED BY....: TMH
5H
DAYS REMAINING..................: 3393
FINAL PUBLIC LAW DAYS...........: 1




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H      PAR3G  540*23 *        SENTENCE MONITORING           *     08-03-2004
PAGE 008 OF 008 *               COMPUTATION DATA             *     08:44:11
                                 AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


            COMP ORIGY COMPUTED BY DCOB AND REVIEWED AND OR CORRECTED BY
            CRL BOP STAFF BASED ON INFO IN INMATES OFFICIAL CENTRAL FILE
            ./RLJ SRD REDUCEDBY 9 DS OF EDU CRED. 6 DS JC ADDED FOR ORG
            ARREST NOT AWARDED TOWARD PRIOR COMP. NOA DATED 3/29/01 REOPEN
            & RETARDP.E. DATE OF 6/17/01 BY 90 DS TO P.E. 9/15/01.




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```