# EXHIBIT 27

WARRANT For Return Of Prisoner Released To Supervision

| | |
|---|---|
| Name: Dotson, Edward | Institution: D.C. CCM |
| Reg. No. 06475-016 | DCDC No. 198-252 |

UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of __C-0C_____ ss:

Received this writ the __22__ day of __March__, 20__05__, and executed same by arresting the within-named __Edward Dotson__ this __6th__ day of __May_____, 20__05__, at __2 AM__ and committing him to __DC JAIL__

__George Walsh__
U.S. Marshal

__Michael Frye__
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated __Mar 14, 2005__

__Edward [signature]__         __May 6th 2005__
Prisoner's Signature                       Date

EXHIBIT 27

Dotson, Edward