EXHIBIT 28

# HEARING SUMMARY

**Name:  Dotson, Edward**                                    **Reg No:  06475-016**

## Hearing Parameters

Hearing Type ..............................: **Revocation (Local)**

Hearing Date ................................: 7/18/05

Examiner ......................................: Otis Thomas

Institution ....................................: D.C.-Correctional Treatment Facility

Second Designation .....................: N/A

## Sentence Parameters

Sentence Type...............................: **DC Parole Eligible**

MR/Statutory Release Date..........: 7/14/08

Full Term Date..............................: 6/27/09

Months in Custody.......................:  as of

Detainer........................................: None noted

## Warrant Parameters

Supervision ..................................: **Parole**

Revoking District & Office..........: Washington, DC for the District of Columbia

Warrant Execution Date...............: 5/6/05

Probable Cause Date....................: 5/10/05

**Additional text regarding the above parameters:**  None

---

**Prior Action:**  Please see Pre-review dated 7/1/05.

**Counsel:**  Jonathan Anderson, Public Defender Service
633 Indiana Avenue, NW
Washington, DC 20003
(202) 628-1200

**Witnesses:**  Adverse witness Stanley Leigh, CSOSA, 1418 Good Hope Road, SE, Washington, DC 20020-5615.

Officer Taylor – Undercover cop failed to appear.

**Procedural Considerations:**  None.

**Charges:**

EXHIBIT
28

**Charge No. 1 - Failure to Submit to Drug Testing.**
    **Evidence Presented:** The subject admitted the above charge.
    **Findings of Fact:** This examiner finds that the subject violated the conditions of release as indicated in the above charge.
    **Basis:** Your admission and information contained in the Violation Report of 2/18/05 from CSO Carey Lacy.

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs.**
    **Evidence Presented:** The subject admitted denied the above charge.
    **Findings of Fact:** This examiner finds that the subject violated the conditions of release as indicated in the above charge.
    **Basis:** Your admission, information contained in the Violation Report 2/18/05 from CSO Carey Lacy and corresponding Laboratory Reports dated 2/18/05.

**Charge No. 3 - Failure to Report to Community Supervision Officer as Directed.**
    **Evidence Presented:** The subject admitted the above charge.
    **Findings of Fact:** This examiner finds that the subject violated the conditions of release as indicated in the above charge.
    **Basis:** Your admission, and information contained in the Violation Report dated 2/18/05 from CSO Carey Lacy.

**Charge No. 4 - Violation of Special Condition (Drug Aftercare).**
    **Evidence Presented:** The subject admitted the above charge.
    **Findings of Fact:** This examiner finds that the subject violated the conditions of release as indicated in the above charge.
    **Basis:** Your admission, and information contained in the Violation Report dated 2/18/05 from CSO Carey Lacy.

**Charge No. 5 - Law Violation - (A) Distribution of Crack Cocaine, (B) Possession of Cocaine, (C) Possession of Heroin.**
    **Evidence Presented:** The subject admitted to Charges 5 (B & C) Possession of Cocaine and Possession and Heroin.
    **Findings of Fact:** This examiner finds that the subject violated the conditions of release as indicated in the above charge.
    **Basis:** Your admission, conviction on 4/15/05 to 180 days on both counts suspended, 1-year probation for each count, information contained in the Violation Report dated 3/30/05, and Police Report dated 3/26/05.
    **Charge No. 5 (A)** – The subject denied this charge.
    **Findings of Fact:** This examiner makes no finding concerning the above charge.
    **Basis:** There is insufficient evidence to make a finding in the above charge.

**Discipline:** None.
**Release Plans:** Upon release, the subject intends to reside in the Washington, DC area.

**Guideline Parameters**

**Severity Justification:** Category One because it involved Possession of Cocaine and Possession of Heroin.

**Salient Factor Score:**   2.

**Re-parole Guideline Range:**.............. 12-16

**Evaluation:**   The subject's parole violation is rated as Category One severity because it involved Simple Possession of Cocaine and Heroin. The subject admitted to both the possession of cocaine and heroin charges. He and his attorney also advised the Commission that the subject on 4/15/05 received a 180 day suspended 1-year probation on both counts. He stated that he was not selling crack cocaine or heroin to the undercover officer. The police report indicate that another individual indicating that the codefendant or the other individual was selling drugs to the undercover officer.

The subject's attorney presented a letter from the US Attorney requesting that the subject receive Superior Program Achievement Award. The sentence that the subject received for the possession of cocaine and possession of heroin appears to this examiner that he received the program achievement when he received the conviction for 1-year probation for possession of cocaine and possession of heroin. However, he was instructed to have the US Attorney contact the US Parole Commission if the adjustment was not made in the sentence. (Please see letter from US Attorney dated 7/14/05).

It is noted that the police officers failed to appear as subpoenaed, therefore, this examiner made a no finding on the distribution charge, and a finding on the possession charge. Information gathered from the police report, indicates that the subject had on his possession one packet of heroin and one packet of cocaine. The subject admitted he usually administer heroin intravenously, and then smoke the crack cocaine.

The subject has been in custody for approximately 4 months as of 7/26/05. Based on the subject's cooperation, a decision at the bottom of the guidelines appears to be warranted.

**Recommendation:**   Revoke parole.   None of the time spent on parole shall be credited.   Parole Effective 3/26/06 after the service of 12 months.

**Conditions:** Drug Aftercare.

**Statutory Interim Hearing:** N/A.

**Guideline Use:** A departure from the guidelines at this consideration is not warranted.

**Additional Text:** None.

[Signature]

**Executive Reviewer's Comments:**

OXT/PAH
July 19, 2005