# EXHIBIT 29

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action

Name: DOTSON, Edward
Register Number: 06475-016
DCDC No: 198-252

Institution: D.C. CTF

Date:   July 25, 2005

As a result of the hearing conducted on July 18, 2005 the following action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Re-parole effective March 26, 2006 after the service of 12 months.

NOTE: Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency (CSOSA), which will submit a report to the Commission before a parole certificate can be delivered.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Failure to Submit to Drug Testing

Basis for the above stated finding(s): Your admission and information contained in the Violation Report of 2/18/05 from CSO Carey Lacy.

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Basis for the above stated finding(s): Your admission and information contained in the Violation Report of 2/18/05 from CSO Carey Lacy and corresponding Laboratory Reports dated 2/18/05.

Charge No. 3 - Failure to Report to Supervising Officer as Directed

Basis for the above stated finding(s): Your admission and information contained in the Violation Report of 2/18/05 from CSO Carey Lacy.

Charge No. 4 - Violation of Special Condition (Drug Aftercare)

---

EXHIBIT
29

Basis for the above stated finding(s): Your admission and information contained in the Violation Report of 2/18/05 from CSO Carey Lacy.

Charge No. 5 - Law Violation (B) Possession of Cocaine, (C) Possession of Heroin.

Basis for the above stated finding(s): Your admission, conviction on 4/15/05 to 180 days on both counts suspended, 1-year probation for each count, information contained in the Violation Report dated 3/30/05, and Police Report dated 3/26/05.

The Commission makes no findings concerning the following charges:

Charge No. 5 - Law Violation - (A) Distribution of Crack Cocaine

Basis: Insufficient evidence

**REASONS:**

Your parole violation behavior has been rated as criminal conduct of Category One severity because it involved simple possession of cocaine and heroin. Your salient factor score is 2. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of July 6, 2005 you have been in confinement as a result of your violation behavior for a total of 2 month(s). Guidelines established by the Commission indicate a customary range of 24-32 months to be served before release. After review of all relevant factors and information, a departure from the guidelines at this consideration is not warranted.

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   D.C.-Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20003

      U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Ave, N.W., Room 1400
      Washington, D.C. 20001
      Warrants - Attn: Sean McLeod



Jonathan Anderson
Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2070
Washington, D.C. 20001



## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 1 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years)<br>No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time<br>Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders<br>If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 2 | Salient Factor Score (SFS-98) (sum of points for A-F above) |

| Points For SFS Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
|  | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |