# EXHIBIT 30

```
;H      PAR4J  540*23  *         SENTENCE MONITORING        *      11-17-2005
PAGE 001             *           COMPUTATION DATA           *      14:22:12
                                 AS OF 11-17-2005

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


FBI NO............: 709709V3                DATE OF BIRTH:
ARS1..............: ALM/A-DES
UNIT..............: UNIT 3B                 QUARTERS.....: C06-905LH
DETAINERS.........: NO                      NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 02-23-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:   03-26-2006 VIA PAROLE

---------------------CURRENT JUDGMENT/WARRANT NO: 070 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F4866-81, F4786-81
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 03-11-2005
DATE WARRANT EXECUTED............: 05-06-2005
DATE COMMITTED...................: 08-11-2005
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO    SERVICES:   NO          AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  644
OFF/CHG: 22-2901, ARMED ROBBERY (CT.C)
         23-1327, BRA (CT.C)

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    21 YEARS     42 MONTHS     60 DAYS
 NEW SENTENCE IMPOSED............:  1514 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 08-28-1981




G0002          MORE PAGES TO FOLLOW . . .
```

EXHIBIT
30

```
5H      PAR4J   540*23  *           SENTENCE MONITORING          *       11-17-2005
PAGE 002                *            COMPUTATION DATA            *       14:22:12
                                     AS OF 11-17-2005

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


------------------------CURRENT COMPUTATION NO: 030 --------------------------

COMPUTATION 030 WAS LAST UPDATED ON 09-02-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-06-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 070 010

DATE COMPUTATION BEGAN..........: 05-06-2005
TOTAL TERM IN EFFECT............: 1514 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS      1 MONTHS     22 DAYS
EARLIEST DATE OF OFFENSE........: 08-28-1981

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 348
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 07-14-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 12-29-2008
EXPIRATION FULL TERM DATE.......: 06-27-2009

PAROLE EFFECTIVE................: 03-26-2006
PAROLE EFF VERIFICATION DATE....: 07-25-2005
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

PROJECTED SATISFACTION DATE.....: 03-26-2006
PROJECTED SATISFACTION METHOD...: PAROLE

REMARKS.......: REVOKE PAROLE.  NONE OF THE TIME SPENT ON PAROLE SHALL BE
                CREDITED.  RE-PAROLE EFFECTIVE 03-26-2006




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J    540*23  *           SENTENCE MONITORING          *     11-17-2005
PAGE 003               *              COMPUTATION DATA            *     14:22:12
                                       AS OF 08-27-2004

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


FBI NO............:                          DATE OF BIRTH:
ARS1..............: ALM/A-DES
UNIT..............: UNIT 3B                  QUARTERS.....: C06-905LH
DETAINERS.........: NO                       NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 06-17-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  08-27-2004 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 060 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F4866-81, F4786-81
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 08-07-2002
DATE WARRANT EXECUTED............: 08-28-2002
DATE COMMITTED...................: 12-06-2002
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES:  NO         AMOUNT: $00.00

 REMARKS.......: COMPUTATION INCLUDES CASE M1180-90A, F11605-93 AND F4867-81.

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  644
OFF/CHG: 22-2901, ARMED ROBBERY (CT.C)
         23-1327, BRA (CT.C)
         33-549, ATTEMPTED DISTRIBUTION OF HEROIN (CT.F)
         23-1328, POSSESSION OF COCAINE (CT.A)

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    21 YEARS      42 MONTHS      60 DAYS
 NEW SENTENCE IMPOSED............: 2245 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
5H    DATE OF OFFENSE.............: 08-28-1981




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J   540*23  *           SENTENCE MONITORING         *       11-17-2005
PAGE 004                *           COMPUTATION DATA            *       14:22:12
                                    AS OF 08-27-2004

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR



-------------------------PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-17-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   060 010

DATE COMPUTATION BEGAN..........: 08-28-2002
TOTAL TERM IN EFFECT............: 2245 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS        1 MONTHS      22 DAYS
EARLIEST DATE OF OFFENSE........: 08-28-1981

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 589
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-10-2007
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 04-22-2008
EXPIRATION FULL TERM DATE.......: 10-19-2008

PAROLE EFFECTIVE................: 08-28-2004
PAROLE EFF VERIFICATION DATE....: 01-30-2004
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 08-27-2004
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: PEN

DAYS REMAINING..................: 1513
FINAL PUBLIC LAW DAYS...........: 1

            10% DATE - 06/17/2004
            COMP CERTIFIED BY DC RECORDS CENTER ON 8-16-2004.




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J   540*23 *         SENTENCE MONITORING              *    11-17-2005
PAGE 005            *            COMPUTATION DATA                 *    14:22:12
                                 AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


FBI NO............: 709709V3              DATE OF BIRTH:
ARS1..............: ALM/A-DES
UNIT..............: UNIT 3B               QUARTERS.....: C06-905LH
DETAINERS.........: NO                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-14-2001 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F6786-81(E)
JUDGE............................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO    SERVICES:  NO         AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 695
OFF/CHG: D.C. CODE 23-1327(A); BRA-FELONY

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:     42 MONTHS
 NEW SENTENCE IMPOSED............:  6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 11-18-1981

   REMARKS......: TIE IS TOTAL OF ALL CASES COMBINED.
                  180 DAY DATE DOES NOT APPLY.

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------
5H
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F4866-81
JUDGE............................: SHUKER




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J    540*23 *        SENTENCE MONITORING        *      11-17-2005
PAGE 006           *             COMPUTATION DATA           *      14:22:12
                                 AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

-------------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 605
OFF/CHG: ARMED ROBBERY (PAROLE VIOLATOR)

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    21 YEARS
 NEW SENTENCE IMPOSED............:  6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE.................: 10-21-1981

-----------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------------
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F4867-81
JUDGE...........................: SHUKER
DATE SENTENCED/PROBATION IMPOSED: 06-24-1982
DATE WARRANT ISSUED.............: 05-06-1999
DATE WARRANT EXECUTED...........: 05-19-1999
DATE COMMITTED..................: 06-13-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J   540*23 *         SENTENCE MONITORING          *    11-17-2005
PAGE 007            *            COMPUTATION DATA             *    14:22:12
                                 AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  605
OFF/CHG: D.C. CODE 23-1327(A); BRA-FELONY (PAROLE VIOLATION)

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:     15 YEARS
 NEW SENTENCE IMPOSED............:   6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONCURRENT
 DATE OF OFFENSE.................: 08-28-1981

------------------------PRIOR JUDGMENT/WARRANT NO: 040 -------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: M1180-90A
JUDGE...........................: RANKIN
DATE SENTENCED/PROBATION IMPOSED: 07-11-1990
DATE WARRANT ISSUED.............: 05-06-1999
DATE WARRANT EXECUTED...........: 05-19-1999
DATE COMMITTED..................: 06-13-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  605
OFF/CHG: POSSESSION OF COCAINE (PAROLE VIOLATOR)

 SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     60 DAYS
 NEW SENTENCE IMPOSED............:   6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE.................: 01-30-1990




5H
G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J  540*23 *           SENTENCE MONITORING           *    11-17-2005
PAGE 008           *              COMPUTATION DATA              *    14:22:12
                                  AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR



   REMARKS.......: TIE IS TOTAL OF ALL CASES COMBINED.

- - - - - - - - - - - - - - - - - - PRIOR JUDGMENT/WARRANT NO: 050 - - - - - - - - - - - - - - - - - - - - - - -

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F11605-93F
JUDGE............................: EDWARDS
DATE SENTENCED/PROBATION IMPOSED: 07-12-1994
DATE WARRANT ISSUED..............: 05-06-1999
DATE WARRANT EXECUTED............: 05-19-1999
DATE COMMITTED...................: 06-13-2000
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:   NO   SERVICES:   NO          AMOUNT: $00.00

- - - - - - - - - - - - - - - - - - - PRIOR OBLIGATION NO: 010 - - - - - - - - - - - - - - - - - - - - - - - - -
OFFENSE CODE....:  620
OFF/CHG: ATTEMPTED DIST OF HEROIN. (PAROLE VIOLATOR)

 SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    90 MONTHS
 NEW SENTENCE IMPOSED............:  6175 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO PV TERM
 DATE OF OFFENSE.................: 11-05-1993




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J   540*23  *           SENTENCE MONITORING          *      11-17-2005
PAGE 009                *           COMPUTATION DATA             *      14:22:12
                                    AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


- - - - - - - - - - - - - - - - - - -PRIOR COMPUTATION NO: 010 - - - - - - - - - - - - - - - - - - - - - - - - -

COMPUTATION 010 WAS LAST UPDATED ON 09-14-2001 AT CRL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010, 030 010, 040 010, 050 010

DATE COMPUTATION BEGAN..........: 02-09-1994
AGGREGATED SENTENCE PROCEDURE...: DC CODE OLD LAW / GTCA AGGREGATE
CONTROLLING SENTENCE............: DC GTCA/OMNIBUS
TOTAL TERM IN EFFECT............:  6175 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    16 YEARS       10 MONTHS        28 DAYS
COMBINED MANDATORY MINIMUM......:     1 YEARS
EARLIEST DATE OF OFFENSE........: 08-28-1981

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       08-29-1981     09-02-1981
                                       11-18-1981     11-18-1981

TOTAL JAIL CREDIT TIME..........: 6
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 2029
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 06-10-2005
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 12-30-2010

PAROLE EFFECTIVE................: 09-15-2001
PAROLE EFF VERIFICATION DATE....: 09-06-2001
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 09-14-2001
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CRL
ACTUAL SATISFACTION KEYED BY....: TMH
5H
DAYS REMAINING..................: 3393
FINAL PUBLIC LAW DAYS...........: 1




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4J   540*23  *       SENTENCE MONITORING              *    11-17-2005
PAGE 010 OF 010 *               COMPUTATION DATA                 *    14:22:12
                                AS OF 09-14-2001

REGNO..: 06475-016 NAME: DOTSON, EDWARD JR


            COMP ORIGY COMPUTED BY DCOB AND REVIEWED AND OR CORRECTED BY
            CRL BOP STAFF BASED ON INFO IN INMATES OFFICIAL CENTRAL FILE
            ./RLJ SRD REDUCEDBY 9 DS OF EDU CRED. 6 DS JC ADDED FOR ORG
            ARREST NOT AWARDED TOWARD PRIOR COMP. NOA DATED 3/29/01 REOPEN
            & RETARDP.E. DATE OF 6/17/01 BY 90 DS TO P.E. 9/15/01.




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```