UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD DOTSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES PAROLE )<br>COMMISSION, *et al.*, )<br>)<br>Respondents. )<br>_____) | Civil Action No. 05-1747 (EGS) |

ORDER

By Order of December 1, 2005, petitioner was given until January 9, 2006, to respond to respondents' opposition to his *habeas corpus* petition. Petitioner was advised that his failure to respond could result in summary denial of the petition and dismissal of the case. Petitioner has not responded or sought additional time to respond. Accordingly, it is

ORDERED that the Order to Show Cause [# 3] is DISCHARGED; and it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [# 1] is DENIED, and this case is DISMISSED WITHOUT PREJUDICE, subject to reconsideration by the Court in the event that the plaintiff files a motion for reconsideration of this Order, setting forth the reasons for reconsideration, within 20 days from the filing date of this Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: March 29, 2006